**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDER ARAELI FELIPE-MOLINA,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

CASE NO. 5:26-cv-04043-KK-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO CONDITIONALLY GRANT IN PART AND DENY IN PART PETITION**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Conditionally Grant in Part and Deny in Part Petition and any relevant records as needed. Because the Court-ordered deadline for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The petition under 28 U.S.C. § 2241 is therefore conditionally granted in part with Petitioner ALEXANDER ARAELI FELIPE-MOLINA (A# 221-462-793) ordered released within 7 days of this order unless respondents provide petitioner with an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) consistent with the judgment and related orders in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), *amended and superseded on reconsideration*, 2025 WL

3713987 (C.D. Cal. Dec. 18, 2025). In all other respects, the § 2241 petition be otherwise is denied without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 11, 2026

KENLY KIYA KATO
United States District Judge