JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDER ARAELI FELIPE-MOLINA,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

CASE NO. 5:26-cv-04043-KK-SK

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation to Conditionally Grant in Part and Deny in Part Petition, IT IS ADJUDGED that Petitioner ALEXANDER ARAELI FELIPE-MOLINA (A# 221-462-793) is to be released within 7 days of the Court's Order, unless Respondents provide petitioner with an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) consistent with the judgment and related orders in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), *amended and superseded on reconsideration*, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025).

The Court Clerk is instructed to close this case.

DATED: August 11, 2026

KENLY KIYA KATO
United States District Judge